UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTORRIAN HAWKINS,

      Petitioner,                       CRIMINAL ACTION NO. 03-80693

      vs.

                                        DISTRICT JUDGE JULIAN ABELE COOK
                                        MAGISTRATE JUDGE DONALD A. SCHEER

UNITED STATES OF AMERICA,

      Respondent.
_____/


ORDER DENYING PETITIONER'S MOTION FOR JUDGMENT ON THE PLEADINGS

      Petitioner filed a Writ of Habeas Corpus under 28 U.S.C. § 2255 on June 30, 2006 (Criminal Docket #46).  Respondent was ordered by the Court to file a response to the petition by September 2, 2006 (Criminal Docket #47).  When Respondent failed to file a timely response, Petitioner filed a Motion for Judgment on the Pleadings on September 14, 2006 (Criminal Docket #47).

      Respondent filed an answer to the Motion for Judgment on the Pleadings on October 30, 2006, claiming that its failure to file a timely response to the habeas petition was inadvertent and not deliberate (Criminal Docket #51). Petitioner filed a reply thereto on November 13, 2006 (Criminal Docket #52).

      Having reviewed the pleadings, I am persuaded that Petitioner has not suffered any prejudice by the delay in filing a timely response to his habeas petition. Furthermore, the issues raised in the § 2255 motion are best resolved on the merits.

Now Therefore; IT IS HEREBY ORDERED the Petitioner's Motion for Judgment on the Pleadings is DENIED.

                                          s/Donald A. Scheer
                                          DONALD A. SCHEER
                                          UNITED STATES MAGISTRATE JUDGE

DATED:  November 29, 2006

_____

### CERTIFICATE OF SERVICE

     I hereby certify on November 29, 2006 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically.  I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on November 29, 2006.  **Antorrian Hawkins.**

                                          s/Michael E. Lang
                                          Deputy Clerk to
                                          Magistrate Judge Donald A. Scheer
                                          (313) 234-5217